**jackson|lewis**

Direct Dial: (914) 872-6920
Email Address: joseph.dipalma@jacksonlewis.com

February 12, 2020

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: **Himelda Mendez v. Sears-Peyton Gallery, Inc.**
         **Case No. 19-cv-11506 (LGS)**

Dear Judge Schofield:

  This firm represents Defendant, Sears-Peyton Gallery, Inc., and was recently retained in the above-referenced matter. This letter is written pursuant to Rule B (2) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint through and including March 12, 2020, and the adjournment of the initial conference presently scheduled for February 27, 2020.

  Plaintiff's counsel consents to these requests. These requests are made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response. In addition, the parties would like to explore a potential resolution of this matter without further judicial intervention.

  This is Defendant's first request for an extension of these deadlines. No other deadlines have been scheduled in this case.

  Thank you for your consideration of this request.

         Respectfully submitted,

Application GRANTED. The application is untimely but is nevertheless granted. Defendant shall answer, move or otherwise respond to the Complaint by March 12, 2020.

The initial pretrial conference, scheduled for February 27, 2020, is ADJOURNED to March 5, 2020, at 10:40 a.m.

Dated: February 13, 2020
   New York, New York

         **LORNA G. SCHOFIELD**
         **UNITED STATES DISTRICT JUDGE**