UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HIMELDA MENDEZ,
                              Plaintiff,

          -against-

SEARS-PEYTON GALLERY, INC.,
                             Defendant.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2020

19 Civ. 11506 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 10, 2020 (Dkt. No. 6), required the parties to file a proposed case management plan and joint letter by February 27, 2020;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **March 2, 2020**, at **noon**.

Dated: February 28, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**