```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
-------------------------------------------------------------X  ELECTRONICALLY FILED
                                            :    DOC #:
HIMELDA MENDEZ,                             :    DATE FILED: 02/28/2020
                         Plaintiff,         :
                                            :    19 Civ. 11506 (LGS)
         -against-                          :
                                            :         ORDER
SEARS-PEYTON GALLERY, INC.,                 :
                         Defendant.         :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

Dated: February 28, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE